UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

JEREMY DALE McCASKILL,  )   CASE NO. 3:08-cv-00687-ECR-RAM
                        )
    Petitioner,         )   ORDER
                        )   APPOINTING COUNSEL
vs.                     )
                        )
MICHAEL BUDGE, et al.,  )
                        )
    Respondents.        )
_____)

On January 18, 2011, this Court entered an Order (Doc. #37) terminating the appointment of Mary Beth Gardner, Esq. as counsel for petitioner and ordered that replacement counsel be appointed.

The Court's Criminal Justice Act Designee has located other counsel who is willing to be appointed to represent the Petitioner.

**IT IS THEREFORE ORDERED** that effective January 18, 2011, **Leah Wigren, Esq.,** 5995 Shadow Park Drive, Reno, NV 89523, (775) 747-0526, is hereby **APPOINTED** to represent the Petitioner herein. Ms. Wigren is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. Ms. Wigren shall represent Petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18. U.S.C. Section 3006A (a)(2)(B), until allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to current and previous counsel for Petitioner, to counsel for Respondents, to the Petitioner Jeremy Dale McCaskill and to the CJA Coordinator for this Division.

Dated this 18th day of January, 2011.

_Edward C. Reed_
_____
EDWARD C. REED, U.S. District Judge

-1-