# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEREMY DALE MCCASKILL,

    *Petitioner*,

3:08-cv-00687-ECR-RAM

vs.

ORDER

MICHAEL BUDGE, *et al.*

    *Respondents*.

Following upon the appointment of Leah Wigren, Esq., as petitioner's counsel,

IT IS ORDERED that petitioner shall have until **June 24, 2011**, within which to file an amended petition. The Court then will screen the amended petition prior to ordering further action in the case.

IT FURTHER IS ORDERED that the Clerk of Court shall make available electronic copies of requested prior filings in this matter – including papers filed under seal – either by generating new notices of electronic filing or in any other manner that is mutually most convenient for the Clerk and counsel.

The Court anticipates that new counsel will obtain files from and confer with prior counsel. However, in the event of any delays in connection with same, new counsel should proceed forward independently to consider the matter and obtain necessary file materials.

DATED: January 20, 2011



_____
EDWARD C. REED
United States District Judge