# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEREMY DALE MCCASKILL,

    *Petitioner*,

vs.

MICHAEL BUDGE, *et al.*

    *Respondents*.

3:08-cv-00687-ECR-RAM

ORDER

Petitioner's motion (#41) for extension of time is GRANTED IN PART and DENIED IN PART, and the time for petitioner to file an amended petition is extended up to and including **September 30, 2011.** Petitioner seeks an extension of 120 days beyond the 150 days initially allowed by the scheduling order (#39) following the appointment of replacement counsel, albeit with the caveat that petitioner is seeking only the one lengthy extension. The current deadline is June 24, 2011. Even allowing for the number and complexity of the claims and potential procedural issues, the Court is unable to grant more than an approximately 90 day extension. The Court will consider a request for further extension only in the most extraordinary of circumstances. Counsel should pursue any pending requests for any outstanding materials or information needed to prepare an amended petition immediately with the utmost dispatch.

    DATED:   June 20, 2011.

                                                    EDWARD C. REED
                                                    United States District Judge