1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   JEREMY DALE MCCASKILL,

10       *Petitioner*,                                3:08-cv-00687-ECR-WGC

11
       vs.                                           ORDER
12

13   MICHAEL BUDGE, *et al.*,

14       *Respondents*.

15

16          This habeas matter under 28 U.S.C. § 2254 comes before the Court following initial

17   review under Rule 4 of the Rules Governing Section 2254 Cases (the "Habeas Rules") of the

18   third amended petition (#54).  Following upon said review, a response will be directed.

19          IT THEREFORE IS ORDERED that, on or before **March 9, 2012**, respondents shall

20   answer, or otherwise respond to the amended petition, including by motion to dismiss.  **Any**

21   **response filed shall comply with the remaining provisions below, which are tailored to**

22   **this particular case based upon the Court's screening of the amended petition and**

23   **which are entered pursuant to Habeas Rule 4.**

24          IT FURTHER IS ORDERED that any procedural defenses raised by respondents in this

25   case shall be raised together in a single consolidated motion to dismiss, including any

26   defenses based upon lack of exhaustion, lack of relation back and untimeliness, and/or

27   procedural default.  Procedural defenses omitted from such motion to dismiss will be subject

28   to potential waiver.  Respondents shall not file a response in this case that consolidates their

1  procedural defenses, if any, with their response on the merits, except pursuant to 28 U.S.C.

2  § 2254(b)(2) as to any unexhausted claims clearly lacking merit.

3       IT FURTHER IS ORDERED that, in any answer filed on the merits, respondents shall

4  specifically cite to and address the applicable state court written decision and state court

5  record materials, if any, regarding each claim within the response as to that claim.

6       IT FURTHER IS ORDERED that, also on or before **March 9, 2012**, respondents shall

7  file copies of any additional state court record materials – if any — necessary to consideration

8  of the claims and defenses raised, over and above the exhibits filed at ##62-72.  The parties

9  hereafter shall cite **only** to the state court record materials that are filed by respondents and

10 shall disregard ## 55-59 in citing to the state court record in their filings hereafter.

11      IT FURTHER IS ORDERED that petitioner shall have until **April 13, 2012**, to file an

12 opposition to any motion to dismiss filed or a reply if an answer is filed.  If respondents move

13 to dismiss and an opposition is filed, respondents shall have until **April 30, 2012**, to file a

14 reply.

15      **The deadlines established herein will be extended only in the most extraordinary**

16 **of circumstances.  Any extensions needed because of conflicts with the demands of**

17 **other cases in this Court should be sought in the later-filed case.  While the Court will**

18 **be unable to resolve all aspects of this case by March 30, 2012, it will be seeking to do**

19 **so, at the very latest, no later than September 28, 2012.**

20      DATED: January 26, 2012.

21

22

23      EDWARD C. REED
        United States District Judge

24

25

26

27

28

-2-