# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEREMY DALE MCCASKILL,

   *Petitioner*,

vs.

MICHAEL BUDGE, *et al.*,

   *Respondents*.

3:08-cv-00687-ECR-WGC

ORDER

Following upon respondents' prompt response in this habeas matter,

IT IS ORDERED that the time for petitioner to respond to respondents' motion (#74) to dismiss is **ADVANCED** to **March 9, 2012**, and that respondents' reply time following the response shall be the standard reply time as set by the local rules.

The Court thereafter will seek to resolve the pending motion as promptly as its docket allows.

DATED: February 13, 2012.

_____
EDWARD C. REED
United States District Judge