# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEREMY DALE MCCASKILL,

    *Petitioner*,

vs.

MICHAEL BUDGE, *et al.*

    *Respondents*.

3:08-cv-00687-ECR-WGC

ORDER

Petitioner's motion (#78) for extension of time is GRANTED IN PART and DENIED IN PART, such that petitioner's deadline under the Court's prior order (#77) is extended **one day** to **March 22, 2012.**  The Court perhaps has not impressed upon counsel the extent to which extensions of the deadlines set under the prior order are not favored.  The Court is not seeking expediency in the abstract.  It instead is seeking to determine whether this case may be subject to at least an interim resolution in advance of a hard March 30, 2012, Congressionally-mandated reporting deadline under the Civil Justice Reform Act.  **Respondents' counsel is directed to coordinate with petitioner's counsel and contact prison authorities to facilitate counsel being able to confer with petitioner by telephone at the earliest possible juncture consistent with correctional officials' overriding security concerns.**

DATED: March 22, 2012.

                                                            EDWARD C. REED
                                                            United States District Judge